IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA COURT LP, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED AMERICAN BANK, et al.,<br><br>    Defendants.<br>_____ / | No. C 09-03625 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION TO DISMISS** |

This matter is set for a hearing on January 8, 2010 on the motion to dismiss filed by Defendant PLM Lender Services, Inc.. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 10, 2009 and a reply brief shall be filed by no later than November 17, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 27, 2009

                                                            JEFFREY S. WHITE<br>
                                                            UNITED STATES DISTRICT JUDGE