**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMA COURT, et al.,

    Plaintiffs,

v.

UNITED AMERICAN BANK, et al.,

    Defendants.

No. C 09-03625 JSW

**ORDER VACATING HEARING**

Pursuant to Civil Local Rule 7-1(b), the Court finds that Plaintiff's motion to remand which has been noticed for hearing on Friday, November 6, 2009 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers and an order will issue in due course.

**IT IS SO ORDERED.**

Dated: November 3, 2009

*Jeffrey S. White*

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE